UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
D'ARCY QUINN,                                    JUDGE SWAIN
       Plaintiff(s),                         Index No. 07 CIV. 8783

  -against-                                             AFFIDAVIT OF SERVICE
ALTRIA GROUP, INC., et al.,
       Defendant(s).
---------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 17th day of October 2007, at approximately 3:35 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS** upon Philip Morris International, Inc. at 120 Park Avenue, New York, NY 10017, by personally delivering and leaving the same with Timothy Lindon, Attorney, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Timothy Lindon is a white male, approximately 45 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 230 pounds with brown hair and light eyes.

_[signature]_
HECTOR FIGUEROA #870141

Sworn to before me this
19th day of October, 2007

_[signature]_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

D'ARCY QUINN,
Plaintiff,

V.

ALTRIA GROUP, INC., et al.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8783**

**JUDGE SWAIN**

TO: (Name and address of Defendant)

PHILIP MORRIS INTERNATIONAL, INC.
120 Park Avenue
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, New York 10119
(212) 268-1000

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 1 2007

CLERK  _Marcos Quintero_          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　*Date*　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.