# HUNTON& WILLIAMS



HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

SHAWN PATRICK REGAN
DIRECT DIAL: (212) 309-1046
EMAIL: SREGAN@HUNTON.COM

November 5, 2007

FILE NO: 41147.07

**BY HAND**

Honorable Laura T. Swain, U.S.D.J.
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   *D'Arcy Quinn v. Altria Group, Inc., et al.*, Case No. 07-CV-8783 (LTS)

Dear Judge Swain:

We represent defendant Philip Morris International, Inc. ("PMI") in this suit. We write pursuant to Rule 1.E. of Your Honor's Individual Pratices to request an initial extension of time to November 15th for PMI to file its responsive pleading, subject to further revision as set forth below.

PMI's responsive pleading is currently due on Tuesday, November 6, 2007. PMI has not previously requested an extension. Co-defendant Altria Group Inc. was only recently served and its responsive pleading is due November 15, 2007. We anticipate filing a dispositive motion and have obtained the agreement of Plaintiff's counsel, Robert Stulberg, that it is appropriate to negotiate a schedule that is mutually agreeable to all parties for (i) attempting to resolve the matters in controversy informally pursuant to Rule 2.B. of Your Honor's Individual Practices and, if necessary, (ii) briefing of the dispositive motion(s). At this juncture, Plaintiff's counsel has agreed to an initial extension for PMI until November 15th to enable the parties to develop such a schedule. We thus anticipate seeking the Court's approval of a subsequent schedule on or before November 15th.

Accordingly, we respectfully request that you permit this extension, subject to further revision as the parties may agree.

The request is granted.

Respectfully submitted,

Shawn Patrick Regan

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
11/8/2007

cc: Robert B. Stulberg, Esq. (counsel for Plaintiff)

Copies faxed to Defts Counsel 11-9-07
Chambers of Judge Swain

ATLANTA   BANGKOK   BEIJING   BRUSSELS   CHARLOTTE   DALLAS   HOUSTON   KNOXVILLE   LONDON
LOS ANGELES   McLEAN   MIAMI   NEW YORK   NORFOLK   RALEIGH   RICHMOND   SINGAPORE   WASHINGTON
www.hunton.com