UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
D'ARCY QUINN :
:
                Plaintiff, :
:
                v. :        07 CIV 8783 (LTS)
:
ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS :
COMPANIES), d/b/a itself, d/b/a ALTRIA :        ECF case
CORPORATE SERVICES, INC. (f/k/a PHILIP :
MORRIS CORPORATE SERVICES, INC.), :
d/b/a PHILIP MORRIS INTERNATIONAL :
INC., d/b/a PHILIP MORRIS :
INTERNATIONAL MANAGEMENT, S.A.; :
and :
PHILIP MORRIS INTERNATIONAL INC., :
d/b/a itself and PHILIP MORRIS :
INTERNATIONAL MANAGEMENT, S.A. :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, the undersigned counsel hereby appears on behalf of Defendant Philip Morris International Inc. in the above-captioned action. All papers in this action shall be served upon the undersigned at the addresses set forth below.

Dated:  New York, New York
         November 14, 2007
                             HUNTON & WILLIAMS LLP

                        BY:   /s/ Shawn Patrick Regan
                             Shawn Patrick Regan
                             Jacob Oslick
                             200 Park Avenue, 52nd Floor
                             New York, New York 10166
                             Tel: (212) 309-1000

                             *Attorneys for Defendant*
                             *Philip Morris International Inc.*

-2-

TO:    Robert B. Stulberg
Broach & Stulberg, L.L.P.
One Penn Plaza
Suite 2016
New York, NY 10119
212-268-1000

*Attorney for Plaintiff*
*D'Arcy Quinn*

## DECLARATION OF SERVICE

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Philip Morris International Inc.

That on November 14, 2007, I served a true copy of the attached Notice of Appearance on counsel of record via the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2007.

/s/ Raymond E. Galbraith
Raymond E. Galbraith

TO:   Robert B. Stulberg
      Broach & Stulberg, L.L.P.
      One Penn Plaza
      Suite 2016
      New York, NY 10119
      212-268-1000

      *Attorney for Plaintiff*
      *D'Arcy Quinn*