UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
D'ARCY QUINN :
:
        Plaintiff, :
:
        v. :    07 CIV 8783 (LTS)
:
ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS :
COMPANIES), d/b/a itself, d/b/a ALTRIA :    ECF case
CORPORATE SERVICES, INC. (f/k/a PHILIP :
MORRIS CORPORATE SERVICES, INC.), :
d/b/a PHILIP MORRIS INTERNATIONAL :
INC., d/b/a PHILIP MORRIS :
INTERNATIONAL MANAGEMENT, S.A.; :
and :
PHILIP MORRIS INTERNATIONAL INC., :
d/b/a itself and PHILIP MORRIS :
INTERNATIONAL MANAGEMENT, S.A. :
:
        Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Philip Morris International Inc. states as follows:

      1.      Philip Morris International Inc. is a direct, wholly-owned subsidiary of Altria Group, Inc., which is a publicly owned corporation trading under the symbol "MO" on the New York Stock Exchange.

Dated: New York, New York
November 14, 2007

             HUNTON & WILLIAMS LLP

          BY: /s/ Shawn Patrick Regan
             Shawn Patrick Regan
             Jacob Oslick
             200 Park Avenue, 52nd Floor
             New York, New York 10166
             Tel: (212) 309-1000

             *Attorneys for Defendant*
             *Philip Morris International Inc.*

TO: Robert B. Stulberg
   Broach & Stulberg, L.L.P.
   One Penn Plaza
   Suite 2016
   New York, NY 10119
   212-268-1000

   *Attorney for Plaintiff*
   *D'Arcy Quinn*

## **DECLARATION OF SERVICE**

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Philip Morris International Inc.

That on November 14, 2007, I served a true copy of the attached Rule 7.1 Disclosure Statement on counsel of record via the Court's ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2007.

/s/ Raymond E. Galbraith
Raymond E. Galbraith

TO:    Robert B. Stulberg
Broach & Stulberg, L.L.P.
One Penn Plaza
Suite 2016
New York, NY 10119
212-268-1000

*Attorney for Plaintiff
D'Arcy Quinn*