UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:
D'ARCY QUINN :
:
Plaintiff, :
:
v. : 07 CIV 8783 (LTS)
:
ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS :
COMPANIES), d/b/a itself, d/b/a ALTRIA : ECF case
CORPORATE SERVICES, INC. (f/k/a PHILIP :
MORRIS CORPORATE SERVICES, INC.), :
d/b/a PHILIP MORRIS INTERNATIONAL :
INC., d/b/a PHILIP MORRIS :
INTERNATIONAL MANAGEMENT, S.A.; :
and :
PHILIP MORRIS INTERNATIONAL INC., :
d/b/a itself and PHILIP MORRIS :
INTERNATIONAL MANAGEMENT, S.A. :
:
Defendants. :
:
---------------------------------------- X

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Philip Morris International Inc.

That on November 9, 2007, I served a true copy the attached Memo Endorsed, on counsel for Plaintiff, Robert B. Stulberg, Esq. by facsimile at (212) 947-6010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2007

Bradford C. Mulder


# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0005

TEL    212 • 309 • 1000
FAX    212 • 309 • 1100

SHAWN PATRICK REGAN
DIRECT DIAL: (212) 309-1046
EMAIL: SREGAN@HUNTON.COM

November 5, 2007

FILE NO: 41147.07

**BY HAND**

Honorable Laura T. Swain, U.S.D.J.
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:   *D'Arcy Quinn v. Altria Group, Inc., et al.*, Case No. 07-CV-8783 (LTS)

Dear Judge Swain:

We represent defendant Philip Morris International, Inc. ("PMI") in this suit. We write pursuant to Rule 1.E. of Your Honor's Individual Pratices to request an initial extension of time to November 15th for PMI to file its responsive pleading, subject to further revision as set forth below.

PMI's responsive pleading is currently due on Tuesday, November 6, 2007. PMI has not previously requested an extension. Co-defendant Altria Group Inc. was only recently served and its responsive pleading is due November 15, 2007. We anticipate filing a dispositive motion and have obtained the agreement of Plaintiff's counsel, Robert Stulberg, that it is appropriate to negotiate a schedule that is mutually agreeable to all parties for (i) attempting to resolve the matters in controversy informally pursuant to Rule 2.B. of Your Honor's Individual Practices and, if necessary, (ii) briefing of the dispositive motion(s). At this juncture, Plaintiff's counsel has agreed to an initial extension for PMI until November 15th to enable the parties to develop such a schedule. We thus anticipate seeking the Court's approval of a subsequent schedule on or before November 15th.

Accordingly, we respectfully request that you permit this extension, subject to further revision as the parties may agree.

Respectfully submitted,

Shawn Patrick Regan

The request is granted.

SO ORDERED.

Laura Taylor Swain  11/8/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Robert B. Stulberg, Esq. (counsel for Plaintiff)

RECEIVED
NOV 08 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

ATLANTA  BANGKOK  BEIJING  BRUSSELS  CHARLOTTE  DALLAS  HOUSTON  KNOXVILLE  LONDON
LOS ANGELES  McLEAN  MIAMI  NEW YORK  NORFOLK  RALEIGH  RICHMOND  SINGAPORE  WASHINGTON
www.hunton.com