Swain, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

D'ARCY QUINN

        Plaintiff,

        v.

ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS
COMPANIES), d/b/a itself, d/b/a ALTRIA
CORPORATE SERVICES, INC. (f/k/a PHILIP
MORRIS CORPORATE SERVICES, INC.),
d/b/a PHILIP MORRIS INTERNATIONAL,
INC., d/b/a PHILIP MORRIS
INTERNATIONAL MANAGEMENT, S.A.;
and
PHILIP MORRIS INTERNATIONAL INC.,
d/b/a itself and PHILIP MORRIS
INTERNATIONAL MANAGEMENT, S.A.

        Defendants.

------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 6 2007

07 CIV 8783 (LTS)

ECF case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

(1)   Altria Group, Inc.'s and Philip Morris International Inc.'s time to answer, move against, or otherwise respond to the Complaint, is extended through and including December 10, 2007.

(2)   Altria Group, Inc. and Philip Morris International Inc. hereby agree not to assert defenses based on insufficiency of process or insufficiency of service of process.

(3)   This stipulation provides solely for an extension of time and is not intended to operate as an admission of any fact or legal conclusion, or a waiver of any argument (except with respect to defenses based on insufficiency of process or insufficiency of service of

process on Altria Group, Inc. or Philip Morris International Inc.), including jurisdictional arguments, otherwise available to a party.

Dated: New York, New York
November 15, 2007

BROACH & STULBERG, LLP

By: _____
Robert B. Stulberg
One Penn Plaza
Suite 2016
New York, New York 10119
(212) 268-1000

*Attorneys for D'Arcy Quinn*

HUNTON & WILLIAMS LLP

By: _____
Shawn Patrick Regan
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Philip Morris International Inc.*

PROSKAUER ROSE LLP

By: _____
Howard L. Ganz
1585 Broadway
New York, New York 10036
(212) 969-3000

*Attorneys for Altria Group, Inc.*

SO ORDERED.

_____ 11/16/2007
U.S.D.J.