UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

D'ARCY QUINN

                Plaintiff

                v.                                  07 CIV 8783 (LTS)

ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS
COMPANIES), d/b/a ALTRIA CORPORATE             ECF case
SERVICES, INC. (f/k/a PHILIP MORRIS
CORPORATE SERVICES INC.), d/ba PHILIP
MORRIS INTERNATIONAL MANAGEMENT,
S.A.;
and
PHILIP MORRIS INTERNATIONAL INC.,
d/b/a itself and PHILIP MORRIS
INTERNATIONAL, S.A.

                Defendants.
------------------------------------------------------------X

## RULE 7.1 STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Altria Group, Inc. states as follows:

    1.   Altria Group, Inc. is a publicly owned corporation trading under the symbol "MO" on the New York Stock Exchange, and Altria Corporation Services, Inc. is a wholly-owned subsidiary of Altria Group, Inc.

- 2 -

Dated: New York, New York  
       December 4, 2007

PROSKAUER ROSE LLP

By: */s/ Howard L. Ganz/*  
Howard L. Ganz  
1585 Broadway  
New York, New York  10036  
Tel:  212-969-3035  
Fax:  212.969.2900  
hganz@proskauer.com

*Attorneys for Defendant*  
*Altria Group, Inc.*

TO:    Robert B. Stulberg  
        Broach & Stulberg, L.L.P.  
        One Penn Plaza  
        Suite 2016  
        New York, NY 10119  
        212-268-1000

        *Attorney for Plaintiff*  
        *D'Arcy Quinn*