UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARCY QUINN,

                    Plaintiff,

v.

ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS COMPANIES) d/b/a ALTRIA CORPORATE SERVICES, INC. (f/k/a PHILIP MORRIS CORPORATE SERVICES, INC.)* d/b/a PHILIP MORRIS INTERNATIONAL MANAGEMENT, S.A.
and
PHILIP MORRIS INTERNATIONAL, INC. d/b/a itself and PHILIP MORRIS INTERNATIONAL, S.A.,,

                    Defendants.

07 CIV 8783 (LTS))

ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

    ALLEN F. HEALY, being duly sworn, deposes and states:

    1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

    2. On December 3, 2007, I served, by mail, a true copy of Rule 7.1 Statement upon the Robert B. Stulberg, Esq., Broach & Stulberg, Attorneys for Plaintiff, One Penn Plaza, Suite 2016, New York, NY 10119.

    3. I made said service by depositing a true copy of the above referenced document, enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository, located on the northwest corner of Broadway and 48th Street, under the

exclusive care and custody of the United States Postal Service within the State of New York.

                                                        *Allen F. Healy*
                                            Allen F. Healy
                                Process Server's License #0921311

Sworn to before me this
3rd day of December 2007.

_____
(Notary Public)


JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011