PROSKAUER ROSE LLP
Howard L. Ganz
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
hganz@proskauer.com
Attorneys for Defendant Altria Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D'ARCY QUINN,

               Plaintiff,

      against -

ALTRIA GROUP, INC., *et al.*

              Defendants.
-----------------------------------------------------------------X

07 Civ. 8783 (LTS)
ECF Case

**NOTICE OF MOTION
TO DISMISS COMPLAINT**

      PLEASE TAKE NOTICE that, upon the annexed Affidavit of Louis C. Camilleri, the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, defendant Altria Group, Inc. hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(1), dismissing the complaint as against Altria Group, Inc. and awarding said defendant attorneys' fees and costs and such other relief as the Court may deem just and proper.

Dated: January 14, 2008

                                                         Respectfully submitted,

                                                         PROSKAUER ROSE LLP

                                                 By: /s/ Howard L. Ganz

                                                          Howard L. Ganz

                                                          1585 Broadway
                                                          New York, New York 10036-8299
                                                          Tel. (212) 969-3035
                                                          Fax  (212) 969-2900 (fax)
                                                          hganz@proskauer.com
                                                         *Attorneys for Defendant Altria Group, Inc.*

To:    Robert B. Stulberg, Esq.
        Broach & Stulberg, LLP
        One Penn Plaza, Suite 2016
        New York, NY 10119
        Tel. (212) 268-1000
        Fax. (212) 947-6010
        rstulberg@brostul.com
        *Attorneys for Plaintiff*

        Shawn Patrick Regan, Esq.
        Hunton & Williams LLP
        200 Park Avenue
        New York, NY 10166
        Tel. (212) 309-1046
        Fax  (212) 309-1100
        sregan@hunton.com
        *Attorneys for Defendant Philip Morris International Inc.*