SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

D'ARCY QUINN,

                Plaintiff,

-against-

ALTRIA GROUP, INC. et al.

                Defendants.

07 Civ. 8783 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

ALLEN F. HEALY, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

2. On January 14, 2008, at approximately 4:50 pm, I served, by mail, true copies of the Notice Of Motion To Dismiss Complaint, Affidavit Of Louis C. Camilleri In Suport Of Defendant Altria Group Inc.'s Motion To Dismiss The Complaint, and Memorandum Of Law In Support Of Defendant Altria Group Inc.'s Motion To Dismiss The Complaint, upon Robert B. Stulberg, Esq., at Broach and Stulberg, LLP, Attorneys for Plaintiff, One Penn Plaza, Suite 2016, New York, NY 10019.

3. I made said service by depositing a true copy of the above referenced documents, enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository, located on the northwest corner of Broadway and 48th Street, under the

exclusive care and custody of the United States Postal Service within the State of New York.

                                                               Allen F. Healy
                                         Process Server's License #0921311

Sworn to before me this
14th day of January, 2008.

(Notary Public)

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011