UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D'ARCY QUINN,

                                    Plaintiff,

          - against -                          07-CV-8783 (LTS) (RLE)

ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS
COMPANIES), d/b/a itself, d/b/a ALTRIA
CORPORATE SERVICES, INC. (f/k/a PHILIP
MORRIS CORPORATE SERVICES, INC.), d/b/a
PHILIP MORRIS INTERNATIONAL INC., d/b/a
PHILIP MORRIS INTERNATIONAL
MANAGEMENT, S.A.;
and
PHILIP MORRIS INTERNATIONAL INC., d/b/a
itself and d/b/a PHILIP MORRIS
INTERNATIONAL MANAGEMENT, S.A.

                                  Defendants.
------------------------------------------------------------X

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that, upon the Declaration of Shawn Patrick Regan, executed January 14, 2008, the exhibits attached thereto, and the accompanying Memorandum of Law, Defendant Philip Morris International Inc. ("PMI Inc.") moves, pursuant to Fed. R. Civ. P. 12(b)(1), for an order dismissing the Complaint and such other relief as the Court deems just and proper.

We hereby certify that, pursuant to Rule 2.B. of the Individual Practices of Judge Laura T. Swain, PMI Inc. used its best efforts to resolve the matters raised in this motion informally prior to moving. These efforts included an exchange of letters and a telephone conference with counsel for Plaintiff D'Arcy Quinn.

Dated: New York, New York
January 14, 2008

HUNTON & WILLIAMS LLP

By: _____
Shawn Patrick Regan, Esq.
Stephen R. Blacklocks, Esq.
Jacob F.M. Oslick, Esq.
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Philip Morris International Inc.*

TO:  Robert B. Stulberg, Esq.
Broach & Stulberg, L.L.P.
One Penn Plaza -- Suite 2016
New York, NY 10019

*Attorneys for D'Arcy Quinn*

Howard L. Ganz, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036

*Attorneys for Defendant Altria Group, Inc.*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746.

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Philip Morris International Inc.

That on January 14, 2008, I served a true copy of the attached Notice of Motion, on counsel of record, at the addresses listed below via first class mail, by depositing the same in a duly addressed, enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2008.

Bradford C. Mulder

TO: Robert B. Stulberg, Esq.
Broach & Stulberg, L.L.P.
One Penn Plaza -- Suite 2016
Suite 2016
New York, New York 10119

*Attorney for Plaintiff D'Arcy Quinn*

Howard L. Ganz, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036

*Attorneys for Defendant Altria Group, Inc.*