UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D'ARCY QUINN,                                        :
                                                     :
                          Plaintiff,                 :
                                                     :
         - against -                                 :    07-CV-8783 (LTS) (RLE)
                                                     :
ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS              :
COMPANIES), d/b/a itself, d/b/a ALTRIA               :
CORPORATE SERVICES, INC. (f/k/a PHILIP               :
MORRIS CORPORATE SERVICES, INC.), d/b/a              :
PHILIP MORRIS INTERNATIONAL INC., d/b/a              :
PHILIP MORRIS INTERNATIONAL                          :
MANAGEMENT, S.A.;                                    :
and                                                  :
PHILIP MORRIS INTERNATIONAL INC., d/b/a              :
itself and d/b/a PHILIP MORRIS                       :
INTERNATIONAL MANAGEMENT, S.A.                       :
                                                     :
                          Defendants.                :
------------------------------------------------------------X

## DECLARATION OF SHAWN PATRICK REGAN IN SUPPORT OF
## DEFENDANT PHILIP MORRIS INTERNATIONAL INC.'S MOTION TO DISMISS

Shawn Patrick Regan, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a member of the bar of this Court and counsel to defendant Philip Morris International Inc.

2. I make this Declaration based on personal knowledge and for the purpose of placing before the Court true and correct copies of the following documents referred to in the accompanying memorandum of law.

3. Attached as Exhibit A is a true and correct copy of the Complaint filed October 11, 2007 in this action.

4. Attached as Exhibit B is a true and correct copy of the Declaration of Ann Marie Kaczorowski, dated January 14, 2008.

- 2 -

5. Attached as Exhibit C is a true and correct copy of the Declaration of Andre Reiman, dated January 12, 2008.

6. Attached as Exhibit D is a true and correct copy of the Declaration of Peter Paul Adriaanson, dated January 13, 2008.

Dated: New York, New York
January 14, 2008

_____
Shawn Patrick Regan

- 2 -