# Exhibit D to Declaration of Shawn Patrick Regan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D'ARCY QUINN,

                        Plaintiff,

        - against -                      07-CV-8783 (LTS) (RLE)

ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS
COMPANIES), d/b/a itself, d/b/a ALTRIA
CORPORATE SERVICES, INC. (f/k/a PHILIP
MORRIS CORPORATE SERVICES, INC.), d/b/a
PHILIP MORRIS INTERNATIONAL INC., d/b/a
PHILIP MORRIS INTERNATIONAL
MANAGEMENT, S.A.;
and
PHILIP MORRIS INTERNATIONAL INC., d/b/a
itself and d/b/aPHILIP MORRIS
INTERNATIONAL MANAGEMENT, S.A.

                      Defendants.
------------------------------------------------------------X

## DECLARATION OF PETER PAUL ADRIAANSEN IN SUPPORT OF DEFENDANT PHILIP MORRIS INTERNATIONAL INC.'S MOTION TO DISMISS

Peter Paul Adriaansen, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I make this Declaration in support of Philip Morris International Inc.'s ("PMI Inc.") motion to dismiss the complaint in this lawsuit. I am providing this Declaration at the request of PMI Inc. I have personal knowledge of the facts set forth in this Declaration.

2.      Between September 2005 and December 2006, I served as Director of Human Resources for Philip Morris International Management S.A. ("PMI Management S.A."). During that time I was responsible for, among other things, providing human resources support to PMI Management S.A.'s Trade Practices group. During the period in which I provided human resources support to PMI Management S.A.'s Trade Practices group, Andre Reiman served as Senior Vice President, Trade Practices for PMI Management S.A.

3. Between February 2002 and October 31, 2007, Plaintiff D'Arcy Quinn ("Plaintiff") was employed by PMI Management S.A. During his tenure he was based in Lausanne, Switzerland. Because Plaintiff worked in PMI Management S.A.'s Brand Integrity unit, which was part of the Trade Practices group, I have personal knowledge regarding the conditions and circumstances of his employment with PMI Management S.A.

4. During this time, Plaintiff received an annual Swiss Certificat de Salaire pour la Declaration d'Impôt (the Swiss equivalent of a W-2 earnings form) from PMI Management S.A. that conspicuously identified PMI Management S.A. as his employer. (See forms annexed hereto as Exhibit A to this Declaration).

5. Throughout his employment by PMI Management S.A., Plaintiff was paid by PMI Management S.A., and received benefits from PMI Management S.A. under Swiss law, contributed to a Swiss pension and Swiss Social Security, and paid Swiss income taxes. PMI Management S.A. did not contribute to U.S. Social Security on his behalf. Because he was a PMI Management S.A. employee, PMI Management S.A. also managed all human resources related employee communications, tax withholdings, incentive compensation and all other local benefits and personnel administration with respect to Plaintiff.

Executed on January 13, 2008, at Évian-les-Bains, France.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Peter Paul Adriaansen

**Exhibit 1 to Declaration of Peter Paul Adriaansen**

Form. 11 EDP dfi/A4-h

**Lohnausweis für die Steuererklärung**
**Certificat de salaire pour la déclaration d'impôt**
**Certificato di salario per la dichiarazione d'imposta**

Exemplar für - Exemplaire pour - Esemplare per:

| | Kantonale Steuerbehörde / Autorité fiscale cantonale / Autorità fiscale cantonale | | Arbeitnehmer / Employé / Dipendente | X | Arbeitgeber / Employeur / Datore di lavoro |

| Abteilung - Département - Dipartimento | Arbeitsort - Lieu de travail - Luogo di lavoro |
|---|---|
| Brand Integrity Central & | Lausanne |

AHV-Nr - No AVS
40010908   REDACTED

| Beschäftigungsdauer - Durée de l'engagement - Durata dell'impiego | |
|---|---|
| von - du - dal | bis - au - al |
| 01.01.2006 | 31.12.2006 |

Name, Vorname, Beruf, Adresse - Nom, prénom, profession, adresse - Cognome, nome, professione, indirizzo

Monsieur
Quinn D'Arcy
Sur Le Chene
1115 Vuillerens

Nur positiv Frappen Angeben - N'indiquer les centimes nulle part - Non indicare i centesimi in nessun luogo

**1. Lohn - Salaire - Salario** | Beiträge 1) - Cotisations 1) - Contributi 1) | | | | | Tage 4) - Jours 4) - Giorni 4) |

| A Jahr Année Anno | B Bruttolohn total Salaire brut total Salario lordo totale | C AHV/IV/EO/ALV AVS/AI/APG/AC AVS/AI/IPG/AD | D Berufl. Vorsorge 2) Prévoyance prof. 2) Previdenza prof. 2) | E Nettolohn I Salaire net I Salario netto I | F Prämien NBUV 5) Primes AANP 5) Premi AINP 5) | G Nettolohn II Salaire net II Salario netto II | Schichtarbeit Trav. équipes Lavoro a turni | Lohnabzüge Nicht payés Non pagati |
|---|---|---|---|---|---|---|---|---|
| 2006 | REDACTED | REDACTED | | | | | | |

**2.** Im vorstehenden Bruttolohn sind u.a. inbegriffen - Le salaire brut indiqué ci-dessus comprend entre autres - Il salario lordo di cui sopra comprende fra l'altro

| a Kinderzulagen Allocations pour enfants Assegni per figli | b Wohnzulagen Indemnités de transport Indennità di trasporto | c Zulagen aus Vers. 5) Indemn. journ. d'assur.5) Indenn. giorn. d'assic. 5) | d Trinkgelder Pourboires Mance | e Sachleistungen Prestations en nature Prestazioni in natura | f Dienstaltersgesch. Cadeau pour années de service Regalo per anzianità di servizio | g Heirats- und Geburtszulagen Alloc. mariage ou naissance |
|---|---|---|---|---|---|---|
| | | | 0) | 7) | | REDACTED |

**2. Fortsetzung - Suite - Continuazione** | **3. Versicherungsbeiträge 1) - Cotisations d'assurance 1) - Contributi assicurativi 1)**

| h Leistungen Arbeitgeber an Pensionen Poste délégué disponible | i | j | k Krankheit, Unfall und Invalidität Maladie, accident, perte de rev. Malattia, infortunio, perdita di sal. | l Freie | m Berufl. Vorsorge Prévoyance prof. Previdenza prof. | n Freie |
|---|---|---|---|---|---|---|
| | | | REDACTED | | REDACTED | |

**4. Spesenvergütungen - Indemnités pour frais - Rifusione di spese** Nicht im Bruttolohn enthalten - Non comprises dans le salaire brut - Non comprese nel salario lordo

| a Reise Voyage Viaggio | b Repräsentation Représentation Rappresentanza | c Autospesen Frais Auto Spese Auto | d Restaurant Frais de voyage Spese di viaggio | e Reisespesen Autres frais Altre spese | f Andere Spesen Autres frais Altre spese | g Art. Grund Causa | h Geschäftsauto Auto de l'entrepr. Auto della ditta | i Abonnement für Mitarbeiter Abbonamento pag. |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | X | |

X  Nicht pauschale Vergütungen (insbes. z.B. pro Monat) festgelegt...

**5. Besondere Leistungen - Prestations spéciales - Prestazioni speciali**

| | Unentgeltliche Reise zwischen Wohn- und Arbeitsort | X | Beitrag an die Kosten der Mahlzeiten am Arbeitsort Contribution aux frais de repas pris au lieu de travail Contributo alle spese per pasti presi al luogo di lavoro |
| X | Möglichkeit der Kursveränderung Possibilité de prendre les repas à la cantine Possibilità di prendere i pasti alla mensa | X | Einräumung von Beteiligungs- oder Forderungsrechten Octroi d'un droit de participation ou de créance Concessione di diritto di partecipazione o di credito |

Ort und Datum - Lieu et date - Luogo e data:
LAUSANNE,
14.03.2007

Die Richtigkeit und Vollständigkeit bezeugt -
Certifié exact et complet -
Certificato esatto e completo

PHILIP MORRIS INTERNATIONAL
MANAGEMENT SA
MIREILLE MULLER
Tel. 021/6184562

**Bemerkungen - Observations - Osservazioni**
Retenue impôt source (2006): SFr. 6,541
"ALLOC.FAMILIALES CAISSE ENTR. NON COMPRISES"
"REGL. D'ENTR. APPROUVE PAR L'ACI LE 12.12.1986"
"CASE 3.K: ASSURANCE MALADIE UNIQUEMENT"

Form. 11 EDP dG-A4-b

**Lohnausweis für die Steuererklärung**
**Certificat de salaire pour la déclaration d'impôt**
**Certificato di salario per la dichiarazione d'imposta**

Exemplar für - Exemplaire pour - Esemplare per:
- Kantonale Steuerbehörde / Autorité fiscale cantonale / Autorità fiscale cantonale
- Arbeitnehmer / Employé / Dipendente
- [X] Arbeitgeber / Employeur / Datore di lavoro

AHV-Nr. - No AVS
40010908
REDACTED

| Abteilung - Département - Dipartimento | Arbeitsort - Lieu de travail - Luogo di lavoro |
|---|---|
| Brand Integrity Central & | Lausanne |

| Beschäftigungsdauer - Durée de l'engagement - Durata dell'impiego | |
|---|---|
| vom - du - dal | bis - au - al |
| 01.01.2005 | 31.12.2005 |

Name, Vorname, Beruf, Adresse - Nom, prénom, profession, adresse - Cognome, nome, professione, indirizzo

Monsieur
Quinn D'Arcy
Sur Le Chene
1115 Vuillerens

*Niemals Rappen angeben - N'indiquez les centimes nulle part - Non indicate i centesimi in nessun luogo*

**1. Lohn - Salaire - Salario**

| A Jahr/Année/Anno | B Bruttolohn total/Salaire brut total/Salario lordo totale | Beiträge - Cotisations - Contributi | | E Nettolohn I/Salaire net I/Salario netto I | F Prämien NBUV/Primes AANP/Premi AINP | G Nettolohn II/Salaire net II/Salario netto II | Tage - Jours - Giorni | |
|---|---|---|---|---|---|---|---|---|
| | | C AHV/IV/EO/ALV AVS/AI/APG/AC AVS/AI/IPG/AD | D Berufl. Vorsorge/Prévoyance prof./Previdenza prof. | | | | Schlechtwetter/Trav. équipes/Lavoro a turni | Lohnausfall/Non payés/Non pagati |
| 2005 | REDACTED | | REDACTED | | | REDACTED | | |

**2. Im vorstehenden Bruttolohn sind u.a. inbegriffen - Le salaire brut indiqué ci-dessus comprend entre autres - Il salario lordo di cui sopra comprende fra l'altro**

| a Kinderzulagen/Allocations pour enfants/Assegni per figli | b Wegvergütungen/Indemnités de transport/Indennità di trasporto | c Tagegelder aus Vers./Indemn. journ. d'assur./Indenn. giorn. d'assic. | d Trinkgelder/Pourboires/Mance | e Naturalleistungen/Prestations en nature/Prestazioni in natura | f Dienstalterszeichen/Cadeau pour ancienneté de service/Regalo per anzianità di servizio | g Heirats- und Geburtszulagen/Alloc. de mariage et naiss./Assegni nuziali e nascita |
|---|---|---|---|---|---|---|
| | | | | | | REDACTED |

**2. Fortsetzung - Suite - Continuazione**

| h Leistungen Arbeitgebers/Prest. de l'employeur | i | j | **3. Versicherungsbeiträge - Cotisations d'assurances - Contributi assicurativi** | | | |
|---|---|---|---|---|---|---|
| | | | k Krankheit, Unfall und Lohnausf./Maladie, accident, perte de sal./Malattia, infortuni, perdita di sal. | l Frei | m Berufl. Vorsorge/Prévoyance prof./Previdenza prof. | n Frei |
| | | | REDACTED | | | |

**4. Spesenvergütungen - Indemnités pour frais - Rifusioni di spese**

| a Reise/Autos | b Repräsentation | c Auslagen | d Reisespesen | e Reise | f Andere Spesen | g Geschäftsauto | h Abonnement |
|---|---|---|---|---|---|---|---|
| | REDACTED | | | | | | [X] |

[X] Nur pauschale Vergütungen...

**5. Besondere Leistungen - Prestations spéciales - Prestazioni speciali**

| w Unentgeltl. Beförd. zwischen Wohn- und Arbeitsort | | Beitrag an die Kosten der Mahlzeiten am Arbeitsort | |
| [X] Möglichkeit der Kantinenverpflegung | | Einräumung von Beteiligungs- oder Forderungsrechten | |

Ort und Datum - Lieu et date - Luogo e data:
LAUSANNE,
14.03.2007

Die Richtigkeit und Vollständigkeit bezeugt - Certifié exact et complet - Certificato esatto e completo

PHILIP MORRIS INTERNATIONAL
MANAGEMENT SA
MIREILLE MULLER
Tel. 021/6184562

**Bemerkungen - Observations - Osservazioni**
Retenue impôt source (2005): SFr. 110.344
"ALLOC.FAMILIALES CAISSE ENTR: NON COMPRISES" -
"REGL. D'ENTR. APPROUVE PAR L'ACI LE 12.12.1986"
"CASE 3.K. ASSURANCE MALADIE UNIQUEMENT"

Form. 11 EDP dh/A4-b

**Lohnausweis für die Steuererklärung**
**Certificat de salaire pour la déclaration d'impôt**
**Certificato di salario per la dichiarazione d'imposta**

Exemplar für - Exemplaire pour - Esemplare per:

| | | |
|---|---|---|
| Kantonale Steuerbehörde / Autorité fiscale cantonale / Autorità fiscale cantonale | Arbeitnehmer / Employé / Dipendente | [X] Arbeitgeber / Employeur / Datore di lavoro |

| Abteilung - Département - Dipartimento | Arbeitsort - Lieu de travail - Luogo di lavoro |
|---|---|
| Brand Integrity Central & | Lausanne |

AHV-Nr. - No AVS: 40010908    REDACTED

| Beschäftigungsdauer - Durée de l'engagement - Durata dell'impiego | |
|---|---|
| vom - du - dal | bis - au - al |
| 01.01.2004 | 31.12.2004 |

Name, Vorname, Beruf, Adresse - Nom, prénom, profession, adresse - Cognome, nome, professione, indirizzo

Monsieur
Quinn D'Arcy
Sur Le Chene
1115 Vuillerens

- Negative Beträge angeben - Indiquer les centimes nulle part
- Non indicare i centesimi in nessun luogo

**1. Lohn - Salaire - Salario**

| A Jahr / Année / Anno | B Bruttolohn total / Salaire brut tout. / Salario lordo tot. | Beiträge 1) - Cotisations 1) - Contributi 1) | | | | G Nettolohn II / Salaire net II / Salario net II | Taggeld 4) - Indem. 4) - Giorn. 4) |
|---|---|---|---|---|---|---|---|
| | | C AHV/IV/EO/ALV AVS/AI/APG/AC AVS/AI/IPG/AD | D Beruf. Vorsorge 2) Prévoyance prof. 2) Previdenza prof. 2) | E Nettolohn I / Salaire net I / Salario netto I | F Prämien NBUV 3) Primes AANP 3) Premi AINP 3) | | |
| 2004 | REDACTED | REDACTED | | | | REDACTED | |

**2. Im vorstehenden Bruttolohn sind u.a. inbegriffen - Le salaire brut indiqué ci-dessus comprend entre autres - Il salario lordo di cui sopra comprende fra l'altro**

| a Kinderzulagen / Allocations pour enfants / Assegni per figli | b Wegvergütungen / Indemnités de transport / Indennità di trasporto | c Tagesgeld / Indem. journ. (max. 5) / Indem. giorn. d'assic. 5) | d Trinkgelder / Pourboires 6) / Mance | e Naturalleistungen / Prestations en nature 7) / Prestazioni in natura | f Dienstaltersgeschenke / Cadeau pour ancienneté de service / Regalo per anzianità di servizio | g Heirats- und Geburtsgaben / Alloc. de mariage et naiss. / Assegni matrim. e nascita |
|---|---|---|---|---|---|---|
| | | | | | REDACTED | |

**2) Fortsetzung - Suite - Continuazione**

**3. Versicherungsbeiträge - Cotisations d'assurances - Contributi assicurativi**

| h Leistungen / Prestations / Prestazioni | i | j | k Krankheit, Unfall und Lebensv. Maladie, accident, perte de gain, Malattia, infortunio, perdita guad. | l Free | m Beruf. Vorsorge / Prévoyance prof. / Previdenza prof. | Einkauf / Rachat / Riscatto | n Free |
|---|---|---|---|---|---|---|---|
| | | | REDACTED | | | | |

**4. Spesenvergütungen - Indemnités pour frais - Rifusione di spese** Nicht im Bruttolohn enthalten - Non comprises dans le salaire brut - Non comprese nel salario lordo

| o Keine / Aucunes / Nessuna | p Repräsentation / Représentation / Rappresentanza | q Autospesen / Frais auto / Spese auto | r Reisespesen / Frais de voyage / Spese di viaggio | s Reisetage / Jours de voyage / Giorni di viaggio | t Andere Spesen / Autres frais / Altre spese | u Art / Genre / Genere | v Geschäftsauto / Auto de l'entreprise / Auto della ditta | w Abonnement pay. |
|---|---|---|---|---|---|---|---|---|
| X | | | | | | | X | |

[X] Nicht pauschale Vergütungen

**5. Besondere Leistungen - Prestations spéciales - Prestazioni speciali**

| | | | |
|---|---|---|---|
| | Übergang, Aufent. zwischen Wohn- und Arbeitsort | | Beiträge an die Kosten des Mittagessens am Arbeitsort |
| X | Möglichkeit der Kantinenverpflegung | | |

Bemerkungen - Observations - Osservazioni

Retenue impôt source (2004): SFr. 111,071
"ALLOC. FAMILIALES CAISSE ENTR. NON COMPRISES"
"REGL. D'ENTR. APPROUVE PAR L'ACI LE 12.12.1986"
"CASE 3.K: ASSURANCE MALADIE UNIQUEMENT"

Ort und Datum - Lieu et date - Luogo e data:
LAUSANNE,
14.03.2007

Die Richtigkeit und Vollständigkeit bezeugt -
Certifié exact et complet -
Certificato esatto e completo

PHILIP MORRIS INTERNATIONAL
MANAGEMENT SA
MIREILLE MULLER
Tel. 021/6184562

Form. 11 EDP dfi/A4-b

**Lohnausweis für die Steuererklärung**
**Certificat de salaire pour la déclaration d'impôt**
**Certificato di salario per la dichiarazione d'imposta**

Exemplar für - Exemplaire pour - Esemplare per :

- [ ] Kantonale Steuerbehörde / Autorité fiscale cantonale / Autorità fiscale cantonale
- [ ] Arbeitnehmer / Employé / Dipendente
- [X] Arbeitgeber / Employeur / Datore di lavoro

| Abteilung - Département - Dipartimento | Arbeitsort - Lieu de travail - Luogo di lavoro |
|---|---|
| Brand Integrity | Lausanne |

| Beschäftigungsdauer - Durée de l'engagement - Durata dell'impiego | |
|---|---|
| von - du - dal | bis - au - al |
| 01.01.2003 | 31.12.2003 |

AHV-Nr. - No AVS
40010908

REDACTED

Name, Vorname, Beruf, Adresse - Nom, prénom, profession, adresse - Cognome, nome, professione, indirizzo

Monsieur
Quinn D'Arcy
Sur Le Chene
1115 Vuillerens

**1. Lohn - Salaire - Salario**

| A Jahr / Année / Anno | B Bruttolohn total / Salaire brut total / Salario lordo totale | C AHV/IV/EO/ALV AVS/AI/APG/AC AVS/AI/IPG/AD | D Beruf. Vorsorge / Prévoyance prof. / Previdenza prof. | E Nettolohn I / Salaire net I / Salario netto I | F Prämien NBUV / Primes AANP / Premi AINP | G Nettolohn II / Salaire net II / Salario netto II | Tage / Jours / Giorni |
|---|---|---|---|---|---|---|---|
| 2003 | REDACTED | | REDACTED | | REDACTED | | |

**2. Im vorstehenden Bruttolohn sind u.a. inbegriffen - Le salaire brut indiqué ci-dessus comprend entre autres - Il salario lordo di cui sopra comprende fra l'altro**

(fields with REDACTED)

**3. Versicherungsbeiträge - Cotisations d'assurances - Contributi assicurativi**

REDACTED

**4. Spesenvergütungen - Indemnités pour frais - Rifusioni di spese**

[X in first column]

**5. Besondere Leistungen - Prestations spéciales - Prestazioni speciali**

Bemerkungen - Observations - Osservazioni:
Retenue impôt source (2003): SFr. 100,277
"ALLOC. FAMILIALES CAISSE ENTR. NON COMPRISES"
"REGL. D'ENTR. APPROUVE PAR L'ACI LE 12.12.1986"
"PART. ASS. MALADIE REPORTEES S/ANNEXE NON INCLUSES"

Ort und Datum - Lieu et date - Luogo e data:
LAUSANNE,
31.12.2003

Die Richtigkeit und Vollständigkeit bezeugt -
Certifié exact et complet -
Certificato esatto e completo

PHILIP MORRIS INTERNATIONAL
MANAGEMENT SA
MIREILLE MULLER
Tel: 021/6184562

Form. 11 EDP 00/54-0

**Lohnausweis für die Steuererklärung**
**Certificat de salaire pour la déclaration d'impôt**
**Certificato di salario per la dichiarazione d'imposta**

Exemplar für – Exemplaire pour – Esemplare per:

☐ Kantonale Steuerbehörde / Autorité fiscale cantonale / Autorità fiscale cantonale
☐ Arbeitnehmer / Employé / Dipendente
☒ Arbeitgeber / Employeur / Datore di lavoro

AHV-Nr. – No AVS: **REDACTED**

| Abteilung – Département – Dipartimento | Arbeitsort – Lieu de travail – Luogo di lavoro |
|---|---|
| BRAND INTEGRITY | PM-INTERN. SA LS |

| Beschäftigungsdauer – Durée de l'engagement – Durata dell'impiego ||
|---|---|
| vom – du – dal | bis – au – al |
| 01-02-2002 | 31-12-2002 |

Name, Vorname, Beruf, Adresse – Nom, prénom, profession, adresse – Cognome, nome, professione, indirizzo

**REDACTED**

MONSIEUR
QUINN D'ARCY
REG.INV.CASE DIR
SUR LE CHENE
1115 VUILLERENS          VD

Erläuterungen / Explications / Spiegazioni (siehe Rückseite / voir au verso / vedi a tergo)

1. Lohn – Salaire – Salario: **REDACTED** (2002)

2. Im vorstehenden Bruttolohn sind u.a. inbegriffen – Le salaire brut indiqué ci-dessus comprend entre autres – Il salario lordo di cui sopra comprende fra l'altro: **REDACTED**

3. Versicherungsbeiträge – Cotisations d'assurances – Contributi assicurativi: **REDACTED**

4. Spesenvergütungen – Indemnités pour frais – Rimborso di spese: X ... X

5. Besondere Leistungen – Prestations spéciales – Prestazioni speciali

Bemerkungen – Observations – Osservazioni:
"ALLOC.FAMILIALES CAISSE IND. PME NON COMPRISES"
"REGL.D'ENTR. APPROUVE PAR L'ACI LE 12.12.1986"

Ort und Datum – Lieu et date – Luogo e data:
LAUSANNE, LE 16-12-200[?]

Die Richtigkeit und Vollständigkeit bezeugt –
Certifié exact et complet – Certificato esatto e completo

PHILIP MORRIS INT'L MANAGMT
MARTINE THUILLARD
☑  021/618 45 04