## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746.

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Philip Morris International Inc.

That on January 14, 2008, I served a true copy of the attached Declaration of Shawn Patrick Regan with Exhibits A-D in Support of Defendant Philip Morris International Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction, on counsel of record, at the addresses listed below via first class mail, by depositing the same in a duly addressed, enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2008.

Bradford C. Mulder

TO: Robert B. Stulberg, Esq.
Broach & Stulberg, L.L.P.
One Penn Plaza -- Suite 2016
Suite 2016
New York, New York 10119

*Attorney for Plaintiff D'Arcy Quinn*

Howard L. Ganz, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036

*Attorneys for Defendant Altria Group, Inc.*