PROSKAUER ROSE LLP
Howard L. Ganz
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
hganz@proskauer.com
Attorneys for Defendant Altria Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D'ARCY QUINN,           :
                        :
          Plaintiff,    :
                        :          07 Civ. 8783 (LTS)
     - against -        :          ECF Case
                        :
                        :          **NOTICE OF MOTION**
ALTRIA GROUP, INC., *et al.*   :   **TO DISMISS COMPLAINT**
                        :
                        :
                        :
                        :
                        :
          Defendants.   :
-----------------------------------------------------------------X

  PLEASE TAKE NOTICE that, upon the annexed Affidavit of Louis C. Camilleri, the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, defendant Altria Group, Inc. hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(1), dismissing the complaint as against Altria Group, Inc. and awarding said defendant attorneys' fees and costs and such other relief as the Court may deem just and proper.

  We hereby certify that, pursuant to Rule 2.B. of the Individual Practices of Judge Laura T. Swain, Altria Group, Inc. used its best efforts to resolve the matters raised in this

motion informally prior to moving. These efforts included an exchange of letters and a telephone conference with counsel for Plaintiff D'Arcy Quinn.

Case 1:07-cv-08783-LTS-RLE   Document 23   Filed 01/22/2008   Page 2 of 3

Dated: January 22, 2008

>Respectfully submitted,
>
>PROSKAUER ROSE LLP
>
>By: /s/ Howard L. Ganz
>
>Howard L. Ganz
>
>1585 Broadway
>New York, New York 10036-8299
>Tel. (212) 969-3035
>Fax (212) 969-2900 (fax)
>hganz@proskauer.com
>*Attorneys for Defendant Altria Group, Inc.*

To: Robert B. Stulberg, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, NY 10119
Tel. (212) 268-1000
Fax. (212) 947-6010
rstulberg@brostul.com
*Attorneys for Plaintiff*

Shawn Patrick Regan, Esq.
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
Tel. (212) 309-1046
Fax (212) 309-1100
sregan@hunton.com
*Attorneys for Defendant Philip Morris International Inc.*