UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
:
:
:
D'ARCY QUINN,                                    :
                                                 :    07 Civ 8783 (LTS)
            Plaintiff,                           :
                                                 :    **AFFIDAVIT OF SERVICE**
    -against-                                    :
                                                 :
ALTRIA GROUP, INC., et al.                       :
                                                 :
            Defendants.                          :
                                                 :
                                                 :
                                                 :
------------------------------------------------X

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK)

KENNETH BIGLIANI, being duly sworn, deposes and states:

1. I am not a party to this action, am over 18 years of age and reside in Jersey City, NJ

2. On January 22, 2008, I served the foregoing (i) Defendant Altria Group Inc.'s NOTICE OF MOTION TO DISMISS COMPLAINT; (ii) MEMORANDUM OF LAW IN SUPPORT OF Defendant Altria Group, Inc.'s MOTION TO DISMISS THE COMPLAINT; (iii) AFFIDAVIT OF LOUIS C. CAMILLERI in SUPPORT of Defendant Altria Group Inc.'s MOTION TO DISMISS THE COMPLAINT  ; upon the following:

            Robert B. Stulberg, Esq
            Broach & Stulberg, LLP
            One Penn Plaza, Suite 2016
            New York, NY 10119

3. Service was effectuated by depositing true copies of the above referenced documents enclosed in a prepaid sealed wrapper properly addressed to the aforementioned attorneys, in an official depository under the exclusive care and custody of United Parcel Service Overnight Delivery Service, within the State of New York prior to the designated deadline for delivery on the next business day, January 23, 2008.

_____
KENNETH BIGLIANI

Sworn to before me this
23rd day of January, 2008

_____
Notary Public

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011