

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Howard L. Ganz
Member of the Firm

Direct Dial 212.969.3035
hganz@proskauer.com

January 22, 2008

**BY HAND**

The Honorable Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:   *D'Arcy Quinn v. Altria Group, Inc., et al.*, Case No. 07-CV-8783 (LTS)

Dear Judge Swain:

We represent defendant Altria Group, Inc. ("Altria") in this action. On January 14, 2008, we filed a Motion to Dismiss with the Court, but failed to include certification pursuant to Paragraph 2.B of Your Honor's Individual Practices. We regret the error and have attached a revised Notice of Motion, along with copies of the original supporting documents.

Accordingly, we respectfully request that Your Honor reinstate the above-referenced Motion to Dismiss.

*The reinstatement request is granted.*

SO ORDERED.

[signature] 1/28/2008

Respectfully submitted,

Proskauer Rose LLP

By [signature]
    Howard L. Ganz
    Attorneys for Altria Group, Inc.

Enclosures

cc:   Robert B. Stulberg, Esq. (By E-Mail)
      Attorney for Plaintiff

      Shawn Patrick Regan, Esq. (By E-Mail)
      Attorney for Philip Morris International Inc.

RECEIVED JAN 23 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.