PROSKAUER ROSE LLP
*Attorney for Plaintiff*
Howard L. Ganz
1585 Broadway
New York, New York  10036
(212) 969-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
D'ARCY QUINN,

          Plaintiff,

   v.

ALTRIA GROUP, INC. et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CERTIFICATE OF SERVICE**

07 Civ. 8783 (LTS)

    I HEREBY CERTIFY that on January 28, 2008, service of the Endorsed Memorandum reinstating Altria Group, Inc.'s Motion to Dismiss, originally filed on January 14, 2008, was made by fax upon the plaintiff by service upon his counsel:

        Robert B. Stulberg, Esq.
        Broach & Stulberg, L.L.P.
        One Penn Plaza -- Suite 2016
        New York, NY 10019
        Direct tel: 212.268.1000
        Direct fax: 212.947.6010

Dated:     New York, New York
           January 29, 2008

                                                   Ariane R. Buglione