UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

QUINN,                                                              :
                                                                    :
                        Plaintiff(s),                               :
                                                                    :
        -v-                                                         :
                                                                    :
ALTRIA GROUP INC.,                                                  :
                                                                    :
                        Defendant(s).                               :
-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  FEB 1 8 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07Civ. 8783 (LTS)(RLE)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery,
     non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

     _____

     _____

     If referral is for discovery disputes when
     the District Judge is unavailable, the time
     period of the referral:_____

___  Settlement* (Principals to participate as
     required by Magistrate Judge)

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all
     purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited
     purpose (e.g., dispositive motion,
     preliminary injunction)

     Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a
     Report and Recommendation)

     Particular Motion:_____

     _____

     All such motions:_____

* Do not check if already referred for general pretrial

**SO ORDERED**.

DATED:    New York, New York
          February 15, 2008

Copies mailed Cowrl
Chambers of Judge Swain  2/15/08

LAURA TAYLOR SWAIN
United States District Judge