UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

QUINN,

               Plaintiff.

-v-                                            No. 07 Civ. 8783 (LTS) (RLE)

ALTRIA GROUP INC., et al.,

               Defendants.

-------------------------------------------------------x

## ORDER

      For the reasons stated on the record at the February 15, 2008, Initial Pre-Trial Conference, Defendants' motions to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) are DENIED. This Order resolves docket entries 14 and 18. The parties are directed to begin meeting promptly with Judge Ellis for settlement and pre-trial management purposes.

SO ORDERED.

Dated: New York, New York
         February 15, 2008

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

Copies mailed
Chambers of Judge Swain 2/15/08