PROSKAUER ROSE LLP
Howard L. Ganz
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
hganz@proskauer.com
Attorneys for Defendant Altria Group, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D'ARCY QUINN,          :
                       :
         Plaintiff,    :
                       :     07 Civ. 8783 (LTS) (RLE)
     - against -       :     ECF Case
                       :
                       :     **NOTICE OF MOTION FOR**
ALTRIA GROUP, INC., *et al.*  :   **RECONSIDERATION, OR, IN**
                       :     **THE ALTERNATIVE, FOR**
                       :     **CERTIFICATION PURSUANT**
         :             :     **TO 28 U.S.C. § 1292 (B)**
                       :
         Defendants.   :
------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, defendant Altria Group, Inc. hereby moves this Court (i) pursuant to Local Civil Rule 6.3, for reconsideration of the Court's Order, dated February 15, 2008, denying said defendant's motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), or, in the alternative, (ii) pursuant to 28 U.S.C. § 1292(b), for certification of such Order for immediate appeal.

We hereby certify that, pursuant to Rule 2.B. of the Individual Practices of The Honorable Laura T. Swain, Altria Group, Inc. used its best efforts to resolve informally the matters raised by this motion.

Dated: March 3, 2008

>Respectfully submitted,
>
>PROSKAUER ROSE LLP
>
>By: /s/ Howard L. Ganz
>
>Howard L. Ganz
>
>1585 Broadway
>New York, New York 10036-8299
>Tel. (212) 969-3035
>Fax  (212) 969-2900 (fax)
>hganz@proskauer.com
>*Attorneys for Defendant Altria Group, Inc.*

To: Robert B. Stulberg, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, NY 10119
Tel. (212) 268-1000
Fax. (212) 947-6010
rstulberg@brostul.com
*Attorneys for Plaintiff*

Shawn Patrick Regan, Esq.
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
Tel. (212) 309-1046
Fax (212) 309-1100
sregan@hunton.com
*Attorneys for Defendant Philip Morris International Inc.*