UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

D'ARCY QUINN,                           :

              Plaintiff,             :

                                            No. 07 CIV 8783 (LTS) (RLE)

      -against-                       :

ALTRIA GROUP, INC. and PHILIP MORRIS    :
INTERNATIONAL INC.,
             Defendants.            :

                                            :

                                            :

------------------------------ x

**MEMORANDUM OF LAW IN SUPPORT OF
ALTRIA GROUP, INC.'S MOTION FOR RECONSIDERATION, OR, IN THE
ALTERNATIVE, FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)**

                                                               PROSKAUER ROSE LLP
                                                                Howard L. Ganz, Esq.
                                                                1585 Broadway
                                                                New York, NY 10036-8299
                                                               (212) 969-3000

                                                                *Attorneys for Altria Group, Inc.*

On behalf of defendant Altria Group, Inc. ("Altria"), we respectfully move the Court, pursuant to Local Civil Rule 6.3, for reconsideration of is Order of February 15, 2008, denying Altria's motion to dismiss the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. In the alternative, we respectfully request that the Court certify its Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

In support of its application for reconsideration or certification, Altria adopts the arguments set forth in the Memorandum of Law in Support of Philip Morris International Inc.'s Motion for Reconsideration, or, In the Alternative, for Certification Pursuant to 28 U.S.C. § 1292(b), and respectfully refers the Court to that Memorandum.

Dated: New York, New York
       March 3, 2008

Respectfully submitted,

PROSKAUER ROSE LLP

By /s/ Howard L. Ganz
Howard L. Ganz
1585 Broadway
New York, NY  10036-8299
Tel. (212) 969-3035
Fax (212) 969-2900
hganz@proskauer.com
*Attorney for Defendant Altria Group, Inc.*