UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D'ARCY QUINN,                                          :
                                                       :
                                    Plaintiff,         :
                                                       :
            - against -                                :     07-CV-8783 (LTS) (RLE)
                                                       :
ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS                :
COMPANIES), d/b/a itself, d/b/a ALTRIA                 :
CORPORATE SERVICES, INC. (f/k/a PHILIP                 :
MORRIS CORPORATE SERVICES, INC.), d/b/a                :
PHILIP MORRIS INTERNATIONAL INC., d/b/a                :
PHILIP MORRIS INTERNATIONAL                            :
MANAGEMENT, S.A.;                                      :
and                                                    :
PHILIP MORRIS INTERNATIONAL INC., d/b/a                :
itself and d/b/a PHILIP MORRIS                         :
INTERNATIONAL MANAGEMENT, S.A.                         :
                                                       :
                                    Defendants.        :
------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Philip Morris International Inc. ("PMI Inc.") moves for reconsideration, or, in the alternative, certification of a 28 U.S.C. § 1292(b) immediate appeal, of the Court's order, docketed February 18, 2008, denying PMI Inc.'s motion to dismiss for lack of subject matter jurisdiction.

We hereby certify that, pursuant to Rule 2.B of the Individual Practices of Judge Laura T. Swain, PMI Inc. used its best efforts to resolve the matters raised in this motion informally prior to moving. These efforts included a letter to, and a telephone conference with, counsel for Plaintiff D'Arcy Quinn.

- 2 -

Dated: New York, New York
       March 3, 2008

HUNTON & WILLIAMS LLP

By: _____
Shawn Patrick Regan, Esq.
Stephen R. Blacklocks, Esq.
Jacob F.M. Oslick, Esq.
200 Park Avenue
New York, New York 10166
(212) 309-1000
sregan@hunton.com
sblacklocks@hunton.com
joslick@hunton.com

*Attorneys for Philip Morris International Inc.*

TO:   Robert B. Stulberg, Esq.
      Broach & Stulberg, L.L.P.
      One Penn Plaza -- Suite 2016
      New York, NY  10019

      *Attorneys for D'Arcy Quinn*

      Howard L. Ganz, Esq.
      Proskauer Rose LLP
      1585 Broadway
      New York, New York 10036

      *Attorneys for Altria Group, Inc.*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746.

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant Philip Morris International, Inc.

That on March 3, 2008, I served a true copy of the attached Notice of Motion, on counsel of record, at the addresses listed below via first class mail, by depositing the same in a duly addressed, enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2008.

Bradford C. Mulder

TO: Robert B. Stulberg, Esq.
BROACH & STULBERG, LLP
One Penn Plaza
Suite 2016
New York, New York 10119

*Attorney for Plaintiff D'Arcy Quinn*

Howard L. Ganz, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036

*Attorneys for Defendant Altria Group, Inc.*