UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARCY QUINN,

       Plaintiff,

 -against-

ALTRIA GROUP, INC. et al.

       Defendants.

07 Civ. 8783 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  ARIANE R. BUGLIONE, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in New York, New York.

2. On March 03, 2008, at approximately 6:43 pm, I served, by electronic mail, the foregoing (i) Defendant Altria Group Inc.'s NOTICE OF MOTION FOR RECONSIDERATION, OR, IN THE ALTERNATIVE, FOR CERTIFICATION TO 28 U.S.C. § 1292(B), and (ii) Defendant Altria Group Inc.'s MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT ALTRIA GROUP INC.'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR CERTIFICATION TO 28 U.S.C. § 1292(B); upon the following:

    Robert B. Stulberg, Esq.
    Broach & Stulberg, LLP
    One Penn Plaza, Suite 2016
    New York, NY 10119
    rstulberg@brostul.com

3. Service was effectuated by emailing true copies of the above referenced documents to Mr. Stulberg at rstulberg@brostul.com prior to the designated deadline for delivery on the next

business day, March 4, 2008. In addition, true copies of the above referenced documents were enclosed in a prepaid sealed wrapper properly addressed to the aforementioned attorney in an official depository under the exclusive care and custody of the United States Postal Service, First Class Mail, within the State of New York on March 3, 2008.

_____
Ariane R. Buglione

Sworn to before me this
4th day of March, 2008.

_____
(Notary Public)

ESTRELLITA HODELIN
Notary Public, State of New York
No. 41-4956428
Qualified in Queens County
Cert. Filed in New York County
Commission Expires October 14, 2009