Swain, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X

D'ARCY QUINN

        Plaintiff,

        v.

ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS
COMPANIES), d/b/a itself, d/b/a ALTRIA
CORPORATE SERVICES, INC. (f/k/a PHILIP
MORRIS CORPORATE SERVICES, INC.),
d/b/a PHILIP MORRIS INTERNATIONAL,
INC., d/b/a PHILIP MORRIS
INTERNATIONAL MANAGEMENT, S.A.;
and
PHILIP MORRIS INTERNATIONAL INC.,
d/b/a itself and PHILIP MORRIS
INTERNATIONAL MANAGEMENT, S.A.

        Defendants.

-------------------------------------------------- X

07 CIV 8783 (LTS)

ECF case

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time for Defendant Altria Group, Inc. and Defendant Philip Morris International Inc. each to file an answer to the Complaint is extended through and including March 14, 2008. Altria Group, Inc. and Philip Morris International Inc. will not to seek a further extension of time to file an answer to the Complaint. Altria Group, Inc. and Philip Morris International Inc. hereby reaffirm their agreement not to assert defenses based on insufficiency of process or insufficiency of service of process.

Dated: New York, NY
February 28, 2008

Respectfully submitted,

BROACH & STULBERG, LLP

By: *[signature]*
Amy F. Shulman
One Penn Plaza
Suite 2016
New York, New York 10019
(212) 268-1000

*Attorneys for D'Arcy Quinn*

HUNTON & WILLIAMS, LLP

By: *[signature]*
Shawn Patrick Regan
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Philip Morris International Inc.*

PROSKAUER ROSE LLP

By: *[signature]*
Howard L. Ganz
1585 Broadway
New York, New York 10036
(212) 969-3000

*Attorneys for Altria Group, Inc.*

SO ORDERED.

*[signature]* 3/4/2008
U.S.D.J.