UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARCY QUINN,

                Plaintiff,

  -against-

ALTRIA GROUP, INC. et al.

                Defendants.

07 Civ. 8783 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

    ARIANE R. BUGLIONE, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in New York, New York.

2. On March 14, 2008, at approximately 4:18 pm, I served, by electronic mail, the foregoing Defendant Altria Group Inc.'s ANSWER TO COMPLAINT upon the following:

        Robert B. Stulberg, Esq.
        Broach & Stulberg, LLP
        One Penn Plaza, Suite 2016
        New York, NY 10119
        rstulberg@brostul.com

3. Service was effectuated by emailing a true copy of the above referenced document to Mr. Stulberg at rstulberg@brostul.com. In addition, a true copy of the above referenced document was enclosed in a prepaid sealed wrapper properly addressed to the aforementioned attorney in an official depository under the exclusive care and custody of the United Parcel Service, Overnight Mail, within the State of New York prior to the designated deadline on the next business day on March 14, 2008.

_____
Ariane R. Buglione

Sworn to before me this
14th day of March, 2008.

_____
(Notary Public)

ESTRELLITA HODELIN
Notary Public, State of New York
No. 41-4956428
Qualified in Queens County
Cert. Filed in New York County
Commission Expires October 14, 2009