# BROACH & STULBERG, LLP
### ATTORNEYS AT LAW



ROBERT B. STULBERG*
TELEPHONE EXTENSION 13
rstulberg@brostul.com

* NY, DC BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010
www.brostul.com

March 17, 2008

**BY ECF AND FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008
```

Re: D'Arcy Quinn v. Altria Group, Inc., et al., 07-CV 8783 (LTS)

Dear Judge Swain:

    We represent plaintiff D'Arcy Quinn in the above-referenced action. On March 3, 2008, defendants filed Motions for Reconsideration or, in the alternative, for Certification of an Immediate Appeal ("defendants' motions"). We write jointly with defendants' counsel to request an extension of the remainder of the briefing schedule for defendants' motions.

    Under Local Civil Rule 6.1(b), plaintiff's papers in opposition to defendants' motions are due today, March 17, 2008, and defendants' reply papers are due on March 24, 2008. The parties request that the Court extend the deadline for (1) plaintiff's opposition papers to March 24, 2008 and (2) defendants' reply papers to April 7, 2008. No previous requests for extensions of these deadlines have been made. The parties seek the requested extensions due to unavoidable, intervening litigation commitments of the parties' counsel.

    The Court's considerations are appreciated.

Respectfully submitted,

Robert B. Stulberg

cc: Shawn Regan, Esq. (by fax and ecf)
    Howard Ganz, Esq. (by fax and ecf)

*The request is granted.*

SO ORDERED.

3/18/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE