# BROACH & STULBERG, LLP

ATTORNEYS AT LAW

ROBERT B. STULBERG*
TELEPHONE EXTENSION 13
rstulberg@brostul.com

*NY, DC BARS

SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010
www.brostul.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 7 2008

March 24, 2008

**BY FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
    for the Southern District of New York
500 Pearl Street
New York, New York 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do [not] send a courtesy copy to Chambers.

Re:  D'Arcy Quinn v. Altria Group, Inc., et al., 07-CV 8783 (LTS)

Dear Judge Swain:

We represent plaintiff D'Arcy Quinn in the above-referenced action. By Order dated March 18, 2008, the Court granted the parties' March 17, 2008 request to extend the briefing schedule for defendants' Motions for Reconsideration or, in the Alternative, for Certification of an Immediate Appeal, filed March 3, 2008 ("defendants' motions"). We write with the consent of defendants' counsel to request a brief, three-day extension of that schedule.

Under the March 18 Order, the deadline for plaintiff to file papers in opposition to defendants' motions is March 24, 2008, and the deadline for defendants to file reply papers in support of their motions is April 7, 2008. We request that those deadlines be extended to March 27, 2008 and April 10, 2008, respectively. This is the second request for an extension of these deadlines. We make this request because plaintiff's counsel had to attend to a personal emergency during the latter part of last week and therefore requires additional time to prepare plaintiff's opposition papers.

The Court's considerations are appreciated.

Respectfully submitted,

Robert B. Stulberg

The request is granted.

cc:  Shawn Regan, Esq. (by fax)
     Howard Ganz, Esq. (by fax)

SO ORDERED.

3/25/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies faxed to Pl.
Chambers of Judge Swain 3/25/08