UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

D'ARCY QUINN,                                :

              Plaintiff,      :

                                    No. 07 CIV 8783 (LTS) (RLE)

      -against-               :

ALTRIA GROUP, INC. and PHILIP MORRIS       :
INTERNATIONAL INC.,
             Defendants.     :

                                    :

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REPLY MEMORANDUM OF LAW IN SUPPORT OF
ALTRIA GROUP, INC.'S MOTION FOR RECONSIDERATION, OR, IN THE
ALTERNATIVE, FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)**

PROSKAUER ROSE LLP
Howard L. Ganz, Esq.
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

*Attorneys for Altria Group, Inc.*

In further support of the motion by defendant Altria Group, Inc. ("Altria") for reconsideration of the Court's Order of February 15, 2008, denying Altria's motion to dismiss the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, or in the alternative, for certification of that Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), Altria adopts the arguments set forth in the Reply Memorandum of Law in Support of Philip Morris International Inc.'s Motion for Reconsideration, or, In the Alternative, for Certification Pursuant to 28 U.S.C. § 1292(b), and respectfully refers the Court to that Memorandum.

Dated: New York, New York
April 10, 2008

Respectfully submitted,

PROSKAUER ROSE LLP

By /s/ Howard L. Ganz
Howard L. Ganz
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3035
Fax (212) 969-2900
hganz@proskauer.com
*Attorney for Defendant Altria Group, Inc.*