UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARCY QUINN,

                Plaintiff,

-against-

ALTRIA GROUP, INC. et al.

                Defendants.

07 Civ. 8783 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK  )

ARIANE R. BUGLIONE, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in New York, New York.

2. On April 10, 2008, at approximately 12:45 pm, I served, by electronic mail, the foregoing Reply Memorandum of Law in Support of Altria Group, Inc.'s Motion for Reconsideration, or, in The Alternative, For Certification Pursuant to 28 U.S.C. 1292 (b) upon the following:

        Robert B. Stulberg, Esq.
        Broach & Stulberg, LLP
        One Penn Plaza, Suite 2016
        New York, NY 10119
        rstulberg@brostul.com

3. Service was effectuated by emailing a true copy of the above referenced document to Mr. Stulberg at rstulberg@brostul.com. In addition, a true copy of the above referenced document was enclosed in a prepaid sealed wrapper properly addressed to the aforementioned attorney under the exclusive care and custody of the United Parcel Service, Overnight Mail

within the State of New York prior to the designated deadline for delivery on the next business day, April 11, 2008.

_____
Ariane R. Buglione

Sworn to before me this
10th day of April, 2008.

_____
(Notary Public)

ESTRELLITA HODELIN
Notary Public, State of New York
No. 41-4956428
Qualified in Queens County
Cert. Filed in New York County
Commission Expires October 14, 2009