UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARCY QUINN,

                Plaintiff,

      - against -

ALTRIA GROUP, INC., et al.,

                Defendants.

ORDER

07 Civ. 8783 (LTS) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 17, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference before the Court on **July 1, 2008, at 10:00 a.m.**

**SO ORDERED this 18th day of April 2008**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge