# BROACH & STULBERG, LLP

### ATTORNEYS AT LAW



ROBERT B. STULBERG*
TELEPHONE EXTENSION 13
rstulberg@brostul.com

___

*NY, DC BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010
www.brostul.com

August 11, 2008

**VIA ECF AND FIRST-CLASS MAIL**

United States Magistrate Judge Ronald Ellis
United States District Court for the Southern
    District of New York
500 Pearl Street
New York, New York 10007

> Re:    D'Arcy Quinn v. Altria Group, Inc., et al., 07-CV 8783 (LTS)(RLE)

Dear Judge Ellis:

On behalf of D'Arcy Quinn, the plaintiff in the above-referenced action, and with the consent of counsel for defendants Altria Group, Inc. and Philip Morris International, Inc. we are writing to provide you with a status report concerning the Rule 26(f) conference held by telephone on July 7, 2008 and amended thereafter by e-mail exchanges. Counsel for the parties have agreed as follows:

1.    On August 29, 2008, the parties will exchange Rule 26(a) disclosures.

2.    On September 8, 2008, the parties will serve initial interrogatories and initial document requests.

3.    On September 15, 2008 at 10 a.m., the parties will confer again by telephone to schedule additional discovery, including a period for depositions, expert discovery and a discovery cut-off date.

Respectfully submitted,

BROACH & STULBERG, LLP

By: _Robert B. Stulberg_
Robert B. Stulberg

RBS;ps
cc: Shawn Regan, Esq. (via email and first-class mail)
    Howard Ganz, Esq. (via email and first-class mail)