```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARCY QUINN,

       Plaintiff,

   - against -

ALTRIA GROUP, INC., et al.,

       Defendants.

ORDER

07 Civ. 8783 (LTS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence from the Parties,

### IT IS HEREBY ORDERED THAT

(1) the Parties **SHALL** appear for a status conference before the Court on **September 8, 2009, at 10:00 a.m.**; and

(2) the Parties **SHALL** complete all discovery in this case by **December 4, 2009**.

SO ORDERED this 18th day of August 2009
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge