Case 1:07-cv-08783-ALC-RLE   Document 153   Filed 12/21/12   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

D'ARCY QUINN,

                Plaintiff,

v.

ALTRIA GROUP, INC. (f/k/a PHILIP MORRIS COMPANIES), d/b/a itself, d/b/a ALTRIA CORPORATE SERVICES, INC. (f/k/a PHILIP MORRIS CORPORATE SERVICES, INC.), d/b/a PHILIP MORRIS INTERNATIONAL, INC., d/b/a PHILIP MORRIS INTERNATIONAL MANAGEMENT S.A.; and PHILIP MORRIS INTERNATIONAL, INC., d/b/a itself and d/b/a PHILIP MORRIS INTERNATIONAL MANAGEMENT S.A.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 07 CV 8783 (ALC) (RLE)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
D: 12-26-12

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff D'Arcy Quinn and Defendants Altria Group, Inc. and Philip Morris International Inc., through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above-captioned action is hereby dismissed in its entirety with prejudice without a Court-ordered award of fees or costs.

Dated: New York, NY
December 26, 2012

- 20 -



RECEIVED
DEC 21 2012
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

5425374 v1

Respectfully submitted,

BROACH & STULBERG, LLP

By: /s/ Robert B. Stulberg
Robert B. Stulberg
One Penn Plaza, Suite 2016
New York, New York 10019
(212) 268-1000
*Attorneys for D'Arcy Quinn*

SHOOK, HARDY & BACON LLP

By: /s/ William C. Martucci
William C. Martucci
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
*Attorneys for Philip Morris International Inc.*

PROSKAUER ROSE LLP

By: /s/ Howard L. Ganz
Howard L. Ganz
Eleven Times Square
New York, New York 10036-8299
(212) 969-3035
*Attorneys for Altria Group, Inc.,
Altria Corporate Services, Inc.*

SO ORDERED:

/s/ Andrew L. Carter

The Honorable Andrew L. Carter
United States District Judge      12-26-12

- 21 -

5425374 v1